IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>HOLLAND SQUARE GROUP, LLC,<br><br>    Defendant. | Adv. Proc. No. 21-50938 (MFW) |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Center City Healthcare LLC d/b/a Hahnemann University Hospital ("CCH"), Philadelphia Academic Health System, LLC ("PAHS"), and St. Christopher's Healthcare, LLC ("SCHC" and together with CCH and PAHS, the "Plaintiffs"), and Holland Square Group, LLC (the "Defendant"), hereby stipulate to dismiss with prejudice all claims asserted in the above-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

captioned adversary proceeding, with Plaintiffs and Defendant each bearing their own costs and expenses, respectively.

So stipulated on December 6, 2021.

| **OFFIT KURMAN, PA** | **SAUL EWING ARNSTEIN & LEHR LLP** |
|---|---|
| */s/ Brian J. McLaughlin* | */s/ Monique B. DiSabatino* |
| Brian J. McLaughlin (DE Bar No. 2462) | Mark Minuti (DE Bar No. 2659) |
| 222 Delaware Avenue | John D. Demmy (DE Bar No. 2802) |
| Suite 1105 | Monique B. DiSabatino (DE Bar No. 6027) |
| Wilmington, DE 19801 | 1201 N. Market Street, Suite 2300 |
| Telephone: (302) 351-0900 | P.O. Box 1266 |
| brian.mclaughlin@offitkurman.com | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| -and- | Fax: (302) 421-6813 |
| | mark.minuti@saul.com |
| John C. La Liberte | john.demmy@saul.com |
| **SHERIN AND LODGEN LLP** | monique.disabatino@saul.com |
| 101 Federal Street | |
| Boston, MA 02110 | -and- |
| Telephone: (617) 646-2173 | |
| jclaliberte@sherin.com | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| *Attorneys for Holland Square Group, LLC* | A. Mayer Kohn |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | mayer.kohn@saul.com |
| | |
| | *Counsel for the Plaintiffs* |